UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | ) |
| Plaintiff, | ) Case No: 1:14-cv-05531 |
| v. | ) |
| DEPAUL UNIVERSITY, | ) |
| Defendant. | ) |

NOTICE OF SETTLEMENT AND
REQUEST FOR EXTENSION OF PENDING DEADLINES

Plaintiff, Hawk Technology Systems, LLC, and Defendant, DePaul University, have agreed to the material terms of a settlement. The parties accordingly request an extension of pending deadlines to allow them to prepare and execute a formal settlement agreement up to and including November 6, 2014.

Dated: October 7, 2014

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ Mary K. Schulz
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2014 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      /s/ *Mary K. Schulz*
      Mary K. Schulz, Esq.